```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08492
    JAVIER SANTOYO
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3901


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/08/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 07/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY     NOT FILED           .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         1223.90           .00          .00
CHASE BANK USA NA          UNSECURED          737.59           .00          .00
HELLER & FRISONE           UNSECURED       NOT FILED           .00          .00
ISAC                       UNSECURED         2828.38           .00          .00
LVNV FUNDING               UNSECURED       NOT FILED           .00          .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00            .00          .00
DAIMLERCHRYSLER FINANCIA   SECURED VEHIC    2950.00            .00       183.72
COOK COUNTY TREASURER      SECURED NOT I       .00             .00          .00
LITTON LOAN SERVICING      SECURED NOT I       .00             .00          .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE   26000.00            .00          .00
CHASE BANK USA NA          SECURED NOT I     359.81            .00          .00
DAIMLERCHRYSLER FINANCIA   UNSECURED        2516.52            .00          .00
LITTON LOAN SERVICING      SECURED NOT I       .00             .00          .00
SELECT LEGAL PC            DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                        15.98
DEBTOR REFUND              REFUND                                        380.30

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    580.00

PRIORITY                                              .00
SECURED                                            183.72
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                15.98
DEBTOR REFUND                                      380.30
                          ---------------    ---------------
TOTALS                      580.00                 580.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 08492 JAVIER SANTOYO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                    PAGE   2
        CASE NO. 08 B 08492 JAVIER SANTOYO